**Order entered October 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00965-CV

## JOHN CHOWDHURY, Appellant

## V.

## WELLS FARGO BANK NA AND KINGDOM GROUP INVESTMENTS, INC., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17302**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Before the Court is appellant's September 19, 2019 motion for temporary restraining order in which he seeks an order preventing appellees from interfering with appellant's regaining possession of certain real property after the execution of a writ of possession. We **DENY** appellant's motion.

On September 17, 2019 we issued an order that, in part, stayed a September 12, 2019 writ of possession pending resolution of appellant's motion to reduce amount required to supersede the judgment. The parties have now advised that the writ of possession was executed before our order was September 17, 2019 order issued. We therefore **VACATE** that portion of our

September 17, 2019 staying the September 12, 2019 writ of possession as moot.  The remainder of our September order continues to be in effect.

                                                 /s/      BILL PEDERSEN, III
                                                      JUSTICE